158 F.3d 1060
 8 A.D. Cases 1093
 Robert W. SMITH, Plaintiff-Appellant,
v.
MIDLAND BRAKE, INC., a division of Echlin, Inc., Defendant-Appellee.
Equal Employment Advisory Council; Equal Employment
Opportunity Commission; City and County of
Denver, Amici Curiae.
 No. 96-3018.
 United States Court of Appeals,
Tenth Circuit.
 May 5, 1998.
 
 Before SEYMOUR, Chief Judge, PORFILIO, ANDERSON, TACHA, BALDOCK, BRORBY, EBEL, KELLY, HENRY, BRISCOE, LUCERO, and MURPHY, Circuit Judges.
 
 ORDER
 
 1
 The court grants rehearing en banc in this case on the issue of interpretation of the requirements of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., specifically 42 U.S .C. § 12111(9)(B).
 
 
 2
 Appellant shall file a supplemental brief on or before June 4, 1998. Appellee shall file a response brief within 25 days of service of appellant's brief.